NUMBER
13-10-00338-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MARIE PECORE AND
DANIEL PECORE,                              Appellants,

 

                                                             v.

 

RADIOLOGY ASSOCIATES,
LLP,                                               Appellee.

____________________________________________________________

 

                          On
Appeal from the 105th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellants,
Marie Pecore and Daniel Pecore, filed an appeal from a judgment entered by the 105th
District Court of Nueces County, Texas, in cause number 09-167-D.  Appellants
have filed an “Appellants’ Notice of Nonsuit as to all Defendants.”  Appellants
request that this Court dismiss the appeal without prejudice.

The
Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED
WITHOUT PREJUDICE.  In accordance with the agreement of the parties, costs are
taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant.").  Having dismissed
the appeal at appellants’ request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

14th day of July, 2011.